| | |
|---|---|
| **From:** | Raymond Brown <rrcbrown2021@gmail.com> |
| **Sent:** | Sunday, November 20, 2022 7:26 PM |
| **To:** | PAED Documents |
| **Subject:** | filing of Amended Complaint by Raymond Brown |
| **Attachments:** | police 25.docx |

**CAUTION - EXTERNAL:**

Please confirm

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.